UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV21-09483-AB (AS) | Date | March 28, 2022 |
|---|---|---|---|
| Title | *Rickey Louis Alford v. Alex Villanueva, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

 On January 27, 2022, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend.  (Dkt. No. 6).  Plaintiff was directed to file a First Amended Complaint within thirty days of the Court's Order.  Id., at 9.  Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders.  See Fed. R. Civ. P. 41(b)."  Id., at 10.  The Court's Order, which was mailed to Plaintiff at his address of record, was returned to court as undeliverable on February 7, 2022.  (Dkt. No. 7).  On March 14, 2022, the Court issued an Order requiring Plaintiff to provide the Court with his current address pursuant to Local Rule 41-6, no later than ten days of the Court's Order. (Dkt. No. 8).  On March 22, 2022, the Court's March 14, 2022 Order was also returned to the Court as undeliverable. (Dkt. No. 9).

 To date, Plaintiff has failed to file a First Amended Complaint or seek an extension of time to do so and has failed to provide the Court with a current mailing address.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than April 11, 2022**, why this action should not be dismissed with prejudice for failure to prosecute.  This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's January 27, 2022 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.  A copy of the Court's Orders, dated January 27, 2022 and March 14, 2022 (Dkt. Nos. 6, 8), are attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV21-09483-AB (AS) | Date | March 28, 2022 |
|---|---|---|---|
| Title | *Rickey Louis Alford v. Alex Villanueva, et. al.,* | | |

    If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

    IT IS SO ORDERED.

cc:    André Birotte Jr.,
       United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |