**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKEY LOUIS ALFORD, | Case No. CV 21-09483-AB (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALEX VILLANUEVA, et. al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: June 07, 2022

_____
ANDRÈ BIROTTE JR.
UNITED STATES DISTRICT JUDGE